IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

DELORES J. WILLIAMS,              )
                                  )
                                  )
            Plaintiff,            )
                                  )
v.                                )          Case No. 2:13-cv-2589-JTF-dkv
                                  )
                                  )
INGRAM MICRO, INC.,               )
                                  )
            Defendant.            )

---

ORDER OF DISMISSAL

---

Pursuant to the Stipulation of Dismissal, DE #11, filed by the parties on July 31, 2014, this case is ordered dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**IT IS SO ORDERED** this 31st day of July, 2014.


*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE