```
                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF TENNESSEE
                          WESTERN DIVISION
```

DELORES J. WILLIAMS,

      Plaintiff,

v.                                            Cv. No.: 13-2589-JTF


INGRAM MICRO, INC.,

      Defendant.


# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Stipulation of Dismissal entered by the parties and the Order of Dismissal with prejudice entered by the Court on July 31, 2014.


**APPROVED:**


*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.                    THOMAS M. GOULD
UNITED STATES DISTRICT JUDGE            CLERK


July 31, 2014                           s/Lorri Fentress
DATE                                    (By) LAW CLERK